[No. 5378–1–II. Division Two. October 1, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. ORANGE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 80–1–00366–4, Thomas A. Swayze, Jr., J., entered January 15, 1981. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Petrie and Worswick, JJ.

[No. 5888–0–II. Division Two. October 1, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT A. McCORMICK, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 81–1–00048–0, John W. Schumacher, J., entered August 14, 1981. *Dismissed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.

[No. 5815–4–II. Division Two. October 1, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL CLARE ROONEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 7649, Don L. McCulloch, J., entered August 6, 1981. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.